Victor W. Talmo )  doc# 3
    v.              )
Joni L. Johnson )  CA. 04-0160-G.M.S
                 )

FILED APR 15 2005 U.S. DISTRICT

To the clerk:
    I wrote a few months ago about the status of my case. As of this date I still have not received an answer. Could you please let me know the status, and also the balance of my filing fee...

                     Thank You

                Sincerely,

                Victor W. Talmo
                #141413
                S.C.I.
                Georgetown
                    DE.

I/M: Victor Talmo    BLDG: M.S.B.
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Legal Mail

U.S. District Court
844 N. King St.
Lockbox - 19
Wilm, DE.
    19801

US POSTAGE $00.370
MAR 24 05
PB 2230370
19947

U.S.M.S
X-RAY